**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7009**

_____

In Re: WILLIAM FRED MCDONALD,

                                        Petitioner.



_____

On Petition for Writ of Mandamus.
(CR-93-244, CA-97-154)

_____

Submitted: February 9, 2001          Decided: March 6, 2001

_____

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

William Fred McDonald, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Fred McDonald petitions this court for a writ of mandamus directing the district court to act upon his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000). The district court entered a final order on January 29, 2001, denying relief on McDonald's § 2255 motion. Accordingly, although we grant McDonald leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2